**EXHIBIT**

**E**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBERT SIFF<br><br>           Plaintiff,<br><br>vs.<br><br>DAVID SHABSELS, MICHAEL SHABSELS,<br>BELGRADE LAKES SUMMER CAMPS LLC,<br>and DANA MILLER<br><br>           Defendants. | CIVIL NO. |

## <u>DECLARATION OF EAMONN HART IN SUPPORT OF NOTICE OF REMOVAL</u>

I, Eamonn Hart, declare and state as follows:

1.      My name is Eamonn Hart. I am over the age of eighteen and competent to make this declaration.

2.      I am counsel to Defendants David Shabsels, Michael Shabsels, and Belgrade Lakes Summer Camps LLC in this matter.

3.      On April 16, 2026, I contacted Defendant Dana Miller and spoke with her by phone. She confirmed that she had not been served at that time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: April 17, 2026          \_\_\_/s/ Eamonn Hart

Eamonn Hart