ROBERT SIFF

                    Plaintiff,

vs.

DAVID SHABSELS, MICHAEL SHABSELS,
BELGRADE LAKES SUMMER CAMPS LLC,
and DANA MILLER

                    Defendants.

Case No. 1:26-CV-00223-SDN

**Declaration of David Shabsels in Support Motion to Dismiss or, In the Alternative, Transfer the Matter to the Southern District of New York**

I, David Shabsels, declare and state as follows:

1.      My name is David Shabsels. I am over the age of eighteen and competent to make this declaration.

2.      I am the person responsible for the financial management of Belgrade Lakes Summer Camps LLC (BLSC).

3.      My brother Michael and I live in New York state, specifically in the greater New York City area.

4.      As noted in my brother Michael's Declaration in Support of the Notice of Removal, BLSC was formerly known as SHABSELSIAFA LLC.

5.      BLSC's current membership consists of two business entities: SIMAD Holdings Ltd. (SIMAD), a British Virgin Islands company, and DAMIS Holdings, LLC (DAMIS), a New York limited liability company.

1

6. SIMAD is owned by myself and Michael Shabsels, with each of us owning 50% of the shares of the company.

7. DAMIS is likewise held 50-50 between myself and Michael.

8. When I discussed with Robert Siff the possibility of working together, those discussions occurred either by phone, or perhaps in person during Siff's visits to New York. At no point did we travel to Maine to discuss business with Siff.

9. In the years since the camp owned by BLSC began operating in 2014, I have visited the property only once. To my knowledge, Michael has never visited. We manage our business holdings from our homes and offices in New York.

10. It is likely that I traveled to Maine on one occasion to view the camp before my brother and I purchased it but in no event did I travel to Maine more than twice prior to the date hereof.

11. To the extent that BLSC possesses relevant business records, those records are largely electronic, and to the extent that they are not, they would be retained in New York.

12. Our businesses rely on various business advisors (attorneys, accountants, and the like). All of the individuals that we work with in this capacity are based in the greater New York City area. We do not utilize any such service providers in Maine (outside of the law firm that has been retained to represent us in this lawsuit).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: June 1, 2026        ___/s/ David Shabsels_____

                                                David Shabsels